Alisa A. Martin, State Bar No. 224037
AMARTIN LAW, PC
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone:  (619) 308-6880
Facsimile:  (619) 308-6881

*Attorneys for Plaintiff and the Class*

# UNITED STATE DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BELEW, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRINK'S, INCORPORATED, a Delaware corporation, and DOES 1- 20, inclusive,<br><br>　　　　Defendants. | Case No. 3:14-cv-01748-JAH-JLB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  August 31, 2015<br>Time: 2:30 p.m.<br>Judge: Hon. John A. Houston<br>Courtroom: 13B |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 31, 2015, at 2:30 p.m., at the United States District Court for the Southern District Of California, located at 333 West Broadway, San Diego, California, 92101. Plaintiff will and hereby does move before the Honorable John A. Houston, Courtroom 13B, for an order granting final approval of the proposed settlement and awarding settlement administration expenses.

1  This motion is based on this notice and motion, the supporting memorandum of points and authorities, the declaration of Alisa A. Martin, all filed concurrently herewith, as well as the pleadings on file in this action, and upon such other matters, evidence, and arguments as may be presented to the Court before or at the hearing on this motion.

Dated:  August 17, 2015                    AMARTIN LAW, PC

By: /s/ *Alisa A. Martin*
       Alisa A. Martin

Attorneys for Plaintiff and the Class

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served August 17, 2015, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsels who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Alisa A. Martin