Alisa A. Martin, State Bar No. 224037
alisa@amartinlaw.com
AMARTIN LAW, PC
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone:  619.308.6880
Facsimile:  619.308.6881

*Attorneys for Plaintiff and the Class*

Spencer C. Skeen CA Bar No. 182216
spencer.skeen@ogletreedeakins.com
Tim L. Johnson CA Bar No. 265794
tim.johnson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Telephone: 858.652.3100
Facsimile: 858.652.3101

*Attorneys for Defendant*

# UNITED STATE DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BELEW, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>BRINK'S INCORPORATED, a Delaware corporation, and DOES 1- 20, inclusive,<br><br>     Defendants. | Case No. 3:14-cv-01748-JAH-JLB<br><br>**JOINT MOTIN FOR AN ORDER TO VACATE AND RESET THE CON'T FINAL APPROVAL OF CLASS ACTION SETTLEMENT HEARING**<br><br>Judge: Hon. John A. Houston<br>Courtroom: 13B |

1  The parties, plaintiff Timothy Belew and defendant Brink's Incorporated,
2 jointly request that the Court vacate the final approval of class action settlement
3 hearing set for September 14, 2015 at 3:30 p.m. and reset the hearing for
4 November 16, 2015 at 2:30 p.m.

6  DATED: October 9, 2015          AMARTIN LAW

7            By: /s/ *Alisa A. Martin*
              Alisa A. Martin
8             Attorneys for Plaintiff and the Class
              TIMOTHY BELEW

12 DATED: October 9, 2015          OGLETREE, DEAKINS, NASH,
                                   SMOAK & STEWART, P.C.

14           By: /s/ *Spencer C. Skeen*
             Spencer C. Skeen
             Tim L. Johnson
15           Attorneys for Defendant
             BRINK'S INCORPORATED

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mr. Spencer C. Skeen, counsel for Defendant, and that I have obtained her authorization to affix his electronic signatures to this document.

DATED: October 9, 2015                                    AMARTIN LAW

                                                        By: /s/ *Alisa A. Martin*
                                                           Alisa A. Martin
                                                           Attorneys for Plaintiff and the Class
                                                           TIMOTHY BELEW