# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BELEW, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRINK'S INCORPORATED, a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 14CV1748 JAH JLB<br><br>**JUDGMENT** |

1. **Entry of Judgment.** The Court, having GRANTED Plaintiff Timothy Belew's motions for (1) final approval of class action settlement and award of claims administration expenses and (2) award of attorney's fees, litigation costs and incentive payment and ENTERED a Final Approval Order, hereby enters JUDGMENT as follows:

    a. Defendant Brink's, Incorporated shall pay $267,800 into an escrow account administered by the court appointed Administrator pursuant to the court-approved Joint Stipulation of Settlement ("Joint Stipulation")

and Final Approval Order; and

      **b.**  Plaintiff shall direct the Administrator to make payments from the escrow account as provided in the Joint Stipulation and Final Approval Order.

      **c.**  All class members who did not submit a valid Opt-Out Form and Defendant fully release and discharge each other, as well as any heirs and assigns, parent, subsidiary, affiliate, predecessor or successor, and all agents, employees, officers, directors and attorneys thereof, from any and all claims, debts, liabilities, demands, obligations, guarantees, costs, expenses, attorney fees, penalties, damages, action or causes of action contingent or accrued for, or which relate to or arise out of the allegations and claims asserted in the Lawsuit and any and all related claims, which are hereby defined as claims for set-off, claims for meal and rest periods, unpaid wages, minimum wage, overtime, final wages, itemized wage statements reflecting "all applicable hourly rates in effect during the pay period and the corresponding number of hours worked at each hourly rate" as required by Labor Code section 226(a)(9), or violations of California Labor Code sections 201, 202, 203, 218.5, 226(a)(9), 226.7, 510, 512, 558, 1194, 1198, 2698 to 2699.5, 2802, the Industrial Welfare Commission Wage Order 5-2001, and Business and Professions Code section 17200 et seq., California Code of Civil Procedure 1021.5, damages and/or penalties whether any such related claim is known or unknown, contingent or accrued, statutory or common law; such related claims are released against the Released Parties, as well as interest and statutory penalties and other related penalties on any such related claims ("Released Claims"). Released Claims shall expressly exclude claims for unemployment compensation, disability, workers' compensation, discrimination, retaliation, and all claims outside of the Class Period. The time period covered by this release is January 1, 2014, through the date of April

22, 2015. Participating Class Members also provide a waiver pursuant to Civil Code section 1542 as to the causes of action in the Lawsuit for the Class Period only. Section 1542 of the Civil Code states:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

**2. Court's Jurisdiction.** The Court will retain jurisdiction over this action and the parties to enforce the Joint Stipulation, the Final Approval Order, and this Judgment.

DATED: October 29, 2015

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE