# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

TIMOTHY BELEW, on behalf of himself and all others similarly situated,

Plaintiff,

v.

BRINK'S INCORPORATED, a Delaware corporation, and DOES 1 through 20, inclusive,

Defendants.

Case No. 14-cv-1748 JAH JLB

**INDICATIVE RULING ON MOTION FOR RELIEF**

This matter came before the Court upon Joint Motion of the Parties pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Appellate Procedure 12.1, requesting the Court to indicate its willingness to accept a limited remand from the Ninth Circuit and consider vacating its Order Granting Final Approval of the Class Action Settlement (Doc 32) to allow for substantial compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1715.

Having considered the Parties' Joint Motion for Indicative Ruling on Motion for Relief and the entire record, the Court is of the opinion, and so finds, that if the case is remanded to it by the Ninth Circuit, it is inclined to grant the relief requested.

Date: April 13, 2016 _____

JOHN A HOUSTON,
United States District Judge