FILED

MAY 05 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TIMOTHY BELEW, on behalf of himself and all others similarly situated,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>DORIAN CERON,<br><br>        Objector - Appellant,<br><br> v.<br><br>BRINK'S, INCORPORATED, a Delaware corporation,<br><br>        Defendant - Appellee. | No. 15-56821<br><br>D.C. No. 3:14-cv-01748-JAH-JLB<br>Southern District of California,<br>San Diego<br><br>ORDER |

     The defendant-appellee's unopposed motion for a limited remand is granted. This appeal is remanded to the district court pursuant to Federal Rule of Appellate Procedure 12.1 for the limited purpose of the district court issuing an order on the parties' joint motion for relief under Federal Rule of Civil Procedure 60(b).

     On or before July 6, 2016, the defendant-appellee shall submit a status report and/or motion for appropriate relief. The failure to submit a status report or motion will terminate the limited remand and the following briefing schedule will govern:

Tah/5.2.16/Pro Mo

the answering brief will be due July 27, 2016, and the optional reply brief will be due within 14 days after service of the answering brief.

The defendant-appellee's motion for an extension of time in which to file the answering brief is denied as moot.

>For the Court:
>MOLLY C. DWYER
>Clerk of the Court
>
>Terri Haugen, Deputy Clerk
>9th Circuit Rules 27-7, 27-10